JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL DONOVAN MURPHY, | Case No. CV 14-01457-BRO (DTB) |
| Petitioner, | JUDGMENT |
| vs. | |
| CLARK E. DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: October 28, 2015

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

1